## MAGISTRATE'S CRIMINAL MINUTES



## ARRAIGNMENT
### PLEA AND
### SENTENCE

Filed in Open Court:  Date: __12/10/2020__  Time: **10:36 a.m.**  FTR       Time in court: __ Hrs 38 Min

Magistrate (presiding): __JUSTIN S. ANAND__         Deputy Clerk: __B. EVANS__

Case Number: __1:20-cr-476__                Defendant's Name: __Santwon Antonio Davis__

AUSA: __Russell Phillips for Ms. Klapman__    Defendant's Attorney: __Kimmy Sharkey__

USPO/PTR: _____    Type Counsel: ( ) Retained ( ) CJA ( x ) FPD ( ) Waived

_____ ARREST DATE _____

_____ INTERPRETER_____

__x__ INITIAL APPEARANCE HEARING(x) in THIS DISTRICT via Zoom w/consent Dft. In Custody? ( ) Yes ( ) no

_____ Defendant advised of right to counsel. WAIVER OF COUNSEL filed.

__x__ ORDER appointing Federal Defender Program as counsel. ( ) INITIAL APPEARANCE ONLY

_____ ORDER appointing _____ (State Bar of Ga. # _____) as counsel.

_____ ORDER giving defendant _____ days to employ counsel. (cc: serv. by Mag)

_____ Dft. to pay attorney fees as follows:_____

__x__ INFORMATION/COMPLAINT filed. _____x_____ WAIVER ON INDICTMENT filed.

_____ Copy indictment/information given to dft? ( ) Yes ( ) No    Read to dft? ( ) Yes ( ) No.

_____ CONSENT TO TRIAL BEFORE MAGISTRATE (MISD/PETTY) offense filed.

__x__ ARRAIGNMENT HELD. ( ) ~~superseding indictment~~/information.

_____ ARRAIGNMENT continued until _____ at _____ Request of ( ) Gvt. ( ) Dft.

_____ Dft. fails to appear for arraignment. BENCH WARRANT ISSUED _____

__x__ Dft. enters PLEA OF NOT GUILTY. ( ) Dft. stood mute plea of NOT GUILTY entered.

_____ MOTION TO CHANGE PLEA, and order allowing same.

_____ PLEA OF GUILTY/NOLO as to counts _____

_____ Petition to enter plea of GUILTY/NOLO filed.

_____ NEGOTIATED PLEA between Government and defendant filed.

__x__ ASSIGNED TO JUDGE    __Ray__    for: ( ) trial ( ) arraignment/sentence.

_____ ASSIGNED TO MAGISTRATE _____ for pretrial proceedings.

_____ Estimated trial time: _____ days ( ) SHORT  ( ) MEDIUM  ( ) LONG

__x__ See other side.

                 <u>Davis, Santwon</u>  Defendant.

\_\_\_\_\_ CONSENT TO PRE-SENTENCE INVESTIGATION filed. Referred to USPO for PSI and continued until _____ at _____ for sentencing.

\_\_\_\_ Government MOTION FOR DETENTION filed. Hearing set for _____ at

\_\_\_ Temporary commitment issued.

BOND/PRETRIAL DETENTION HEARING

\_\_\_\_\_ BOND/PRETRIAL DETENTION hearing held. Order to follow

\_\_\_\_\_ MOTION FOR REDUCTION OF BOND hearing held.

\_\_\_\_\_ MOTION FOR REDUCTION OF BOND ( ) GRANTED ( ) DENIED

\_\_\_\_\_ WRITTEN ORDER TO FOLLOW.

\_\_\_\_\_ GOVERNMENT MOTION FOR DETENTION ( ) GRANTED ( ) DENIED

\_\_\_\_\_ WRITTEN ORDER TO FOLLOW.

\_\_x\_\_ BOND Adopted from 1:20-cr-198. Order to follow.

\_\_\_ Non-surety

\_\_\_\_\_ Surety ( ) Cash ( ) Property ( ) Corporate surety ONLY

\_\_\_\_\_ SPECIAL CONDITIONS: _____

\_\_\_\_\_ Bond Filed: defendant released.

\_\_\_\_\_ Bond NOT EXECUTED defendant to remain in Marshal's custody.

SENTENCE:_____

X Defendant advised: Pursuant to the Due Process Protections Act, see Fed. R. Crim. P. 5(f), the government is ordered to adhere to the disclosure obligations set forth in Brady v. Maryland, 373 U.S. 83 (1963), and its progeny, and to provide all materials and information that are arguably favorable to the defendant in compliance with its obligations under Brady; Giglio v. United States, 405 U.S. 150 (1972); and their progeny. Exculpatory materials defined in Brady and Kyles v. Whitley, 514 U.S. 419, 434 (1995), shall be provided sufficiently in advance of trial to allow a defendant to use it effectively, and exculpatory information is not limited to information that would constitute admissible evidence. The failure of the government to comply with its Brady obligations in a timely manner may result in serious consequences, including, but not limited to, the suppression or exclusion of evidence, the dismissal of some or all counts, adverse jury instructions, contempt proceedings, or other remedies that are just under the circumstances.